9/15/2017 2:22 PM
Chris Daniel - District Clerk Harris County
Envelope No. 19466863
By: Marcella Hill
Filed: 9/15/2017 2:22 PM

| | | |
|---|---|---|
| TAYLOR BOOTH, | § | IN THE DISTRICT COURT OF |
|    Plaintiff | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| WRIGHT NATIONAL FLOOD | § | |
| INSURANCE SERVICES, LLC, | § | _____ JUDICIAL DISTRICT |
|    Defendant | | |

# ORIGINAL PETITION

Plaintiff, Taylor Booth, files this Original Petition:

## Nature of the Case

This is a breach of contract case in which a national insurance company entered into a contract to provide flood insurance protection of $280,000, accepted and retained the premium, and then retroactively changed the terms of the contract to provide only $27,200 in coverage. Plaintiff seeks a declaratory judgment as to his contract rights and damages for breach of contract.

## Parties

Plaintiff is an individual residing in Harris County.

Defendant is a foreign limited liability company. Defendant may be served through its registered agent CT Corporation System, 1999 Bryan St. Suite 900, Dallas, TX 75201.

## Designations

Original Petition

1

Certified Document Number: 76651888 - Page 1 of 5

**EXHIBIT B**

**Discovery Control Plan**

Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure, Rule 190.3.

**Claim for Relief**

Plaintiff seeks monetary relief over $200,000 but not more than $1,000,000, and non-monetary relief.

**Jurisdiction**

This Court has subject matter jurisdiction over the lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

This Court has personal jurisdiction over defendant because conducts business in this state and, specifically, entered into the contract at issue in Texas, with a Texan, concerning Texas property.

**Venue**

Venue is proper in this county because all or a substantial part of the events or omissions giving rise to the claim occurred in this county. TCPRC § 15.002(a)(1).

## Facts

Taylor Booth is a young Houston resident. On 2016, Taylor purchased his first home, which is located at 9422 Meadowbriar Ln, Houston, Texas, 77063.

Taylor applied for and purchased a policy covering flood insurance from defendant's agent, Serna Insurance Agency, Inc., on November 9, 2016 for $200,000 in insurance protection for his home and $80,000 for its contents. Taylor was informed

Original Petition                                                                 2

Certified Document Number: 76651888 - Page 2 of 5

**EXHIBIT B**

that the policy was subject to review by defendant and a statutory waiting period of 30 days to be effective.

Taylor paid the premium. Defendant reviewed the application, issued the policy, and accepted the premium. The waiting period expired, and Taylor's policy became a valid and enforceable contract for flood insurance protection of his home.

Hurricane Harvey struck Houston on August 25, 2017. Taylor's home suffered severely flood damage, and he promptly filed a claim.

On or about September 1, defendant's agent informed Taylor that defendant had unilaterally changed the terms of coverage to $17,600 for the building and $9600 for contents.

Taylor was later informed that defendant had determined (allegedly) in February 2017 that the home had suffered three previous losses by flooding -- information unknown to plaintiff, but known to defendant at the time it accepted the contract.

Taylor was provided later with a letter purporting to have been mailed on February 21, 2017 cancelling and reissuing his insurance and instructing him to pay an additional premium in order to retain the insurance coverage already agreed. Taylor never received the letter. The agent also claimed never to have received it. As a result, Taylor had no knowledge or notice of the retroactive change and took no action.

It is entirely possible that the letter was entirely a fabrication and printed after the fact. If defendant had any right to cancel the policy--which plaintiff denies--it took no further action to inform its insured and simply kept the premium.

## Causes of Action

Original Petition                                                                                                3

**EXHIBIT B**

Certified Document Number: 76651888 - Page 3 of 5

### Count 1 -- Declaratory Judgment

A ripe, justiciable dispute exists as to the amount of coverage and terms of plaintiff's contract with defendant. Plaintiff requests a judicial declaration that his contract of insurance provides him with $200,000 building and $80,000 contents coverage. Plaintiff requests supplemental relief to enforce his contractual rights and an award of costs, including reasonable and necessary attorney's fees, as is just.

### Count 2 -- Breach of Contract

Based on the facts alleged, plaintiff has a valid contract with defendant. Defendant has breached the contract. Plaintiff has suffered injury proximately caused by the breach. Plaintiff requests an award of actual damages. Plaintiff further requests an award of reasonable and necessary attorney's fees. Presentment of a claim has been made pursuant to § 38.001 of the Texas  CPRC.

## Conditions Precedent

All conditions precedent to plaintiff's claim for relief have been performed or have occurred.

## Jury Demand

Plaintiff demands a jury trial and tenders the appropriate fee.

## Request for Disclosure

Plaintiff requests that defendant disclose, within 50 days of the service of this request, the information or material described in TRCP Rule 194.2.

Original Petition                                                                                          4

Certified Document Number: 76651888 - Page 4 of 5

**EXHIBIT B**

## Conclusion and Prayer

Plaintiff requests that this Court issue citation for defendant to appear and answer, and that plaintiff be awarded judgment against defendant for the following:

1. Actual damages

2. Declaratory judgment and supplemental relief to enforce plaintiff's rights.

3. Prejudgment and postjudgment interest

4. Court costs

5. Attorney's fees

6. All other relief to which plaintiff is entitled.


Respectfully Submitted,

FRYAR LAW FIRM, P.C.

/s/ Eric Fryar
Eric Fryar
Texas Bar No. 07495770
Email:  eric@fryarlawfirm.com
Christina D. Richardson
Texas Bar No. 24070495
Email:  crichardson@fryarlawfirm.com
912 Prairie Street, Suite 100
Houston, Texas 77002-3145
Tel. (281) 715-6396
Fax (281) 605-1888

Attorney in Charge for Plaintiff

Certified Document Number: 76651888 - Page 5 of 5

**EXHIBIT B**



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 20, 2017

Certified Document Number:        76651888 Total Pages:  5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# EXHIBIT B

9/15/2017 2:22:42 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 19466863
By: HILL, MARCELLA D
Filed: 9/15/2017 2:22:42 PM

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____   COURT *(FOR CLERK USE ONLY)*: _____

STYLED _____
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** _____  **Email:** _____<br><br>**Address:** _____  **Telephone:** _____<br><br>**City/State/Zip:** _____  **Fax:** _____<br><br>**Signature:** *(signature)*  **State Bar No:** _____ | **Plaintiff(s)/Petitioner(s):** _____<br><br>**Defendant(s)/Respondent(s):** _____<br><br>*[Attach additional page as necessary to list all parties]* | ☐ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____<br><br>**Additional Parties in Child Support Case:**<br><br>Custodial Parent: _____<br><br>Non-Custodial Parent: _____<br><br>Presumed Father: _____ |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

### Civil

**Contract**

*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract: _____

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract: _____

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability: _____
- ☐ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product: _____
- ☐ Other Injury or Damage: _____

**Real Property**
- ☐ Eminent Domain/ Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property: _____

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus— Pre-indictment
- ☐ Other: _____

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment: _____

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other: _____

### Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other: _____

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child: _____

**Tax**
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings
- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other: _____

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

## 4. Indicate damages sought *(do not select if it is a family law case)*:

- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100,000 but not more than $200,000
- ☐ Over $200,000 but not more than $1,000,000
- ☐ Over $1,000,000

**EXHIBIT B**



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 20, 2017

Certified Document Number:          76651889 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# EXHIBIT B

9/15/2017 2:22:42 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 19466863
By: HILL, MARCELLA D
Filed: 9/15/2017 2:22:42 PM

# CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____     **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types):** _____

**FILE DATE OF MOTION:** _____
                                                    Month/            Day/            Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**1.** NAME: _____

    ADDRESS: _____

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED (*see reverse for specific type*):** _____

    **SERVICE BY (*check one*):**

      ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**

      ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

      ☐ **MAIL**                    ☐ **CERTIFIED MAIL**

      ☐ **PUBLICATION:**

        Type of Publication:    ☐ **COURTHOUSE DOOR, or**

                       ☐ **NEWSPAPER OF YOUR CHOICE:** _____

      ☐ **OTHER,** *explain* _____

**********************************************************************************************************

****

**2.** NAME: _____

    ADDRESS: _____

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED (*see reverse for specific type*):** _____

    **SERVICE BY (*check one*):**

      ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**

      ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

      ☐ **MAIL**                    ☐ **CERTIFIED MAIL**

      ☐ **PUBLICATION:**

        Type of Publication:    ☐ **COURTHOUSE DOOR, or**

                       ☐ **NEWSPAPER OF YOUR CHOICE:** _____

      ☐ **OTHER,** *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: _____ TEXAS BAR NO./ID NO. _____

MAILING ADDRESS: _____

PHONE NUMBER: _____   _____     FAX NUMBER: _____   _____
             area code         phone  number                              area code         fax  number

EMAIL ADDRESS: _____

# EXHIBIT B

Certified Document Number: 76651890 - Page 1 of 1

CIVCI08 Revised 9/3/99



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 20, 2017

Certified Document Number:        76651890 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

**EXHIBIT B**



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK

ENTERED_____
VERIFIED___WC_____

## Civil Process Pick-Up Form

**CAUSE NUMBER:** 2017- 61088

ATY __✓__          CIV_____          COURT __215__

---

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

*ATTORNEY: Fryar, F. Eric          * PH: 281-715-6396

*CIVIL PROCESS SERVER: _____

*PH: _____

*PERSON NOTIFIED SVC READY: Rec

* NOTIFIED BY: KC

*DATE: 9-25-17

---

Type of Service Document: cit          Tracking Number 73415308
Type of Service Document: _____          Tracking Number_____
Type of Service Document: _____          Tracking Number_____
Type of Service Document: _____          Tracking Number_____
Type of Service Document: _____          Tracking Number_____
Type of Service Document: _____          Tracking Number_____
Type of Service Document: _____          Tracking Number_____

Process papers prepared by: *Carla Carrillo*

Date: 9 - 20 2017          30 days waiting _____-_____2017

---

*Process papers released to: JARED CILOTTA
                                                    (PRINT NAME)

*(CONTACT NUMBER) _____          (SIGNATURE)

*Process papers released by: _____
                                                    (PRINT NAME)

                                                    (SIGNATURE)

* Date: 2017-09-26 ,2017  Time: 10:46  (AM)/ PM

---

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 76787539 - Page 1 of 1

**Entire document  must be complete~~EX HIBIT B~~e this document)** Revised 1/9/2015



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 20, 2017

Certified Document Number:        76787539 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT B