United States District Court
Southern District of Texas
**ENTERED**
November 13, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAYLOR BOOTH, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-3187 |
| | § | |
| WRIGHT NATIONAL FLOOD | § | |
| INSURANCE SERVICES, LLC, | § | |
| Defendant. | § | |

### DISMISSAL ORDER

In accordance with Plaintiff's agreed Stipulation of Voluntary Dismissal [Doc. # 10], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.**

SIGNED at Houston, Texas, this 13th day of **November, 2017.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\3187DO.wpd   171113.1154